UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>GLOBE COMPOSITE SOLUTIONS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SOLAR CONSTRUCTIONS, INC. f/k/a<br>GLOBE RUBBER WORKS, INC., and<br>RICHARD C. SOMERVILLE,<br><br>Defendants. | Civil Action No. 05-10004 JLT<br><br>**FILED UNDER SEAL** |

**UNITED STATES' UNOPPOSED APPLICATION
FOR EXTENSION OF TIME TO DETERMINE WHETHER TO INTERVENE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLOBE COMPOSITE SOLUTIONS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SOLAR CONSTRUCTIONS, INC. f/k/a GLOBE RUBBER WORKS, INC., and RICHARD C. SOMERVILLE,<br><br>Defendants. | Civil Action No. 05-10004 JLT<br><br>**FILED UNDER SEAL** |

## UNITED STATES' UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO DETERMINE WHETHER TO INTERVENE

The United States of America respectfully requests, pursuant to 31 U.S.C. § 3730(b)(3), an extension of the deadline for its decision to intervene in this *qui tam* action brought under the False Claims Act, 31 U.S.C. §§ 3729-33, and requests that all documents filed in this action continue to be kept under seal during the extended period, and until further Order of the Court. In support of this application, the United States represents:

1. The Complaint in this matter was filed on January 3, 2005, and the Complaint and a Written Disclosure Statement were served on the United States on January 20, 2005. See 31 U.S.C. § 3730(b)(2) (providing that the Government may elect to intervene and proceed with the action within 60 days after it receives both the complaint and the material evidence and information).

2. The United States requests an extension so that it will have sufficient time to investigate the allegations in the relator's *qui tam* complaint. The False Claims Act specifically provides that the United States may "for good cause shown" move the Court for extensions of time. 31 U.S.C. §3730(b)(3). For the reasons set forth in the accompanying memorandum, the government

respectfully submits that good cause exists for this Court to grant an extension, until September 30, 2005.

3. On March 30, 2005, undersigned counsel spoke with the relator's co-counsel, Kathryn E. Pieczarka, Esq., and inquired as to the relator's position regarding this motion. Ms. Pieczarka stated that the relator supports this request for extension. The United States has not consulted the defendants' counsel due to the seal requirements of the False Claims Act. 31 U.S.C. §§ 3730(b)(2), 3730(b)(3).

A proposed order is submitted with this application for the Court's convenience.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

MARK T. QUINLIVAN
Assistant U.S. Attorney
United States Attorney's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: March 30, 2005

### CERTIFICATE OF MAILING

This is to certify that a true copy of the foregoing application and proposed order was mailed on the 30th of March 2005 to Kathryn E. Pieczarka, Attorney for Relator.

Mark T. Quinlivan

-2-