## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. GLOBE COMPOSITE SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SOLAR CONSTRUCTIONS, INC. f/k/a GLOBE RUBBER WORKS, INC., and RICHARD C. SOMERVILLE, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-10004 JLT <br><br> **FILED UNDER SEAL** |

## UNITED STATES' UNOPPOSED APPLICATION
## FOR EXTENSION OF TIME TO DETERMINE WHETHER TO INTERVENE

The United States of America respectfully requests, pursuant to 31 U.S.C. § 3730(b)(3), a

extension of the deadline for its decision to intervene in this *qui tam* action brought under the Fa

Claims Act, 31 U.S.C. §§ 3729-33, and requests that all documents filed in this action continu

be kept under seal during the extended period, and until further Order of the Court. In support of th

application, the United States represents:

1. The Complaint in this matter was filed on January 3, 2005, and the Complaint and

Written Disclosure Statement were served on the United States on January 20, 2005. See 31 U.S.

§ 3730(b)(2) (providing that the Government may elect to intervene and proceed with the actio

within 60 days after it receives both the complaint and the material evidence and information). Th

United States has obtained one extension of time of the seal deadline, which expires on this dat

2. The United States requests a further extension of the seal deadline so that it will ha

sufficient time to investigate the allegations in the relator's *qui tam* complaint. The False Clair

Act specifically provides that the United States may "for good cause shown" move the Court for extensions of time.  See 31 U.S.C. §3730(b)(3).  For the reasons set forth in the accompanying memorandum, the government respectfully submits that good cause exists for this Court to grant the extension, until March 31, 2006.

3. On September 30, 2005, undersigned counsel spoke with the relator's co-counsel, Kathryn E. Pieczarka, Esq., and inquired as to the relator's position regarding this motion.  Ms. Pieczarka stated that the relator supports this request for extension.  The United States has not consulted the defendants' counsel due to the seal requirements of the False Claims Act.  See 31 U.S.C. 3730(b)(2), 3730(b)(3).

A proposed order is submitted with this application for the Court's convenience.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

MARK T. QUINLIVAN
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: September 30, 2005

## CERTIFICATE OF MAILING

This is to certify that a true copy of the foregoing application and proposed order was mailed on the 30th of September 2005 to Kathryn E. Pieczarka, Attorney for Relator.

Mark T. Quinlivan

-2-