UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>GLOBE COMPOSITE SOLUTIONS, LTD.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLAR CONSTRUCTIONS, INC. f/k/a<br>GLOBE RUBBER WORKS, INC., and<br>RICHARD C. SOMERVILLE,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)　Civil Action No. 05-10004 JLT<br>)<br>)<br>)　**FILED UNDER SEAL**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MEMORANDUM OF THE UNITED STATES IN SUPPORT OF ITS
UNOPPOSED APPLICATION FOR AN EXTENSION OF TIME**

The United States submits this memorandum in support of its ex parte application for an order pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for an extension of the intervention deadline and the time period during which the complaint and other filings will remain under seal so that the United States may further investigate and determine whether to intervene in this action. The United States has requested an extension of time until March 31, 2005. The Globe Composite Solutions, Ltd., through its attorneys, supports the extension request.

**BACKGROUND**

The False Claims Act provides that an individual may file an action on behalf of the United States under the False Claims Act, 31 U.S.C. § 3730. The complaint is to be filed under seal and served upon the United States in accordance with Rule 4(d)(4) of the Federal Rules of Civil Procedure. See 31 U.S.C. § 3730(b)(1). The relator is also to provide the United States with all material evidence in his or her possession. See 31 U.S.C. § 3730(b)(1).

The United States has sixty (60) days after receipt of the complaint and material evidence within which to investigate the allegations in the complaint and to decide whether to intervene in the action 31 U.S.C. § 3730(b)(2). The complaint and any related filings remain under seal during that time. See 31 U.S.C. § 3730(b)(2). Under 31 U.S.C. § 3730(b)(3), the United States may seek extensions of that period:

> (3) The Government may, for good cause shown, move the court for extensions of time during which the Complaint remains under seal under Paragraph (2). Any such motions may be supported by affidavits or other submissions in camera.[1]

In this case, the complaint alleges that defendants Solar Construction, Inc. f/k/a Globe Rubber Works, Inc. ("Solar Construction"), and Richard C. Somerville, the President of Solar Construction, prepared numerous certifications that its products met government specification, knowing that the certifications were false, and caused these certifications to be presented to employees of the United States Government.

The United States initiated a criminal investigation regarding the allegations in the relator's complaint, and obtained investigative assistance from agents of the Defense Criminal Investigative Service. Due to the pendency of the criminal investigation, the United States deferred investigation of the relator's claims. On June 7, 2005, Richard C. Somerville, the President of Solar Construction, committed suicide at his home. The United States therefore is considering whether to continue to pursue this matter in view of these these unfortunate developments.

---

[1] Because of this provision, this Memorandum is not being served on relator's counsel.

For these reasons, the government requests additional time within which to investigate [and] decide whether to intervene, during which time the complaint and other filings will remain und[er] seal. The relator fully supports this request.

## DISCUSSION

Under 31 U.S.C. § 3730(b)(3), the United States may seek extensions of the seal period "f[or] good cause shown." The Senate Judiciary Committee Report explains that such extensions may [be] justified so the government can investigate and evaluate the allegations in the complaint in orde[r to] decide whether to intervene. See S. Rep. No. 99-345, 99th Cong., 2d Sess. 25 reprinted in 1986 U[.S.] Code Cong. & Ad. News 2566, 2589-2590 ("Subsection (b)(3) of Section 3730 establishes that [the] Government may petition the Court for extensions of both the 60-day evaluatory period and the ti[me] during which the complaint remains under seal. Extensions will be granted * * * on a showing [of] 'good cause.'"). The statute therefore permits extensions of time to allow the governmen[t to] complete its investigation so that it might make an informed decision about whether to interven[e in] the proceeding.

For the reasons discussed above, the government's investigation is not complete. The Uni[ted] States initially deferred its investigation regarding the relator's claims under the False Claim[s in] deference to the government's criminal investigation concerning the conduct that is alleged in [the] complaint. In view of Mr. Somerville's suicide, the United States is considering whether to pur[sue] the relator's claims and, if so, what investigative steps need to be taken. For these reasons, [the] government requests additional time within which to investigate and decide whether to interve[ne,] during which time the complaint and other filings will remain under seal. The relator fully suppo[rts]

-3-

this request. The United States submits that this situation provides good cause for the request extension of the seal period.

## CONCLUSION

For the foregoing reasons, the United States respectfully requests that its application for extension until March 31, 2006, during which the complaint and other filings will remain under seal and during which the United States may complete its investigation and make its decision whether to intervene in this action, be granted.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                              MARK T. QUINLIVAN
                                              Assistant U.S. Attorney
                                              John Joseph Moakley U.S. Courthouse
                                              1 Courthouse Way, Suite 9200
                                              Boston, MA 02210
                                              617-748-3606

Dated: September 30, 2005