UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLOBE COMPOSITE SOLUTIONS, LTD., <br><br>Plaintiff,<br><br>v.<br><br>SOLAR CONSTRUCTIONS, INC. f/k/a GLOBE RUBBER WORKS, INC., and RICHARD C. SOMERVILLE,<br><br>Defendants. | Civil Action No. 05-10004 JLT<br><br>**FILED UNDER SEAL** |

**ORDER GRANTING THE UNITED STATES'
UNOPPOSED APPLICATION FOR AN EXTENSION OF TIME**

This matter having come before the Court on the unopposed application of the United States for an extension of time to make an election pursuant to 31 U.S.C. § 3730(b)(3) of the False Claims Act, the Court being fully advised in this matter, and finding that there is good cause to grant the United States' application.

IT IS ORDERED as follows:

1. That the United States has until and including June 30, 2006, to intervene in this action or to notify the Court that it declines to do so;

Allowed
J Tauro J
4/5/06

2. That the complaint and all other filings will remain under seal until and including June 30, 2006, and until further Order by this Court, unless the United States requests that the seal be lifted before that date.

IT IS SO ORDERED,

This __ day of _____, 2006.

                                                          HON. JOSEPH L. TAURO
                                                         UNITED STATES DISTRICT JUDGE