UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLOBE COMPOSITE SOLUTIONS, LTD., <br><br>Plaintiff, <br><br>v. <br><br>SOLAR CONSTRUCTIONS, INC. f/k/a GLOBE RUBBER WORKS, INC., and RICHARD C. SOMERVILLE, <br><br>Defendants. | ) ) ) ) Civil Action No. 05-10004 JLT ) ) ) **FILED UNDER SEAL** ) ) ) ) ) ) ) |

**UNITED STATES' APPLICATION
FOR EXTENSION OF TIME TO DETERMINE WHETHER TO INTERVENE**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>GLOBE COMPOSITE SOLUTIONS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SOLAR CONSTRUCTIONS, INC. f/k/a<br>GLOBE RUBBER WORKS, INC., and<br>RICHARD C. SOMERVILLE,<br><br>Defendants. | Civil Action No. 05-10004 JLT<br><br>**FILED UNDER SEAL** |

### UNITED STATES' APPLICATION
### FOR EXTENSION OF TIME TO DETERMINE WHETHER TO INTERVENE

The United States of America respectfully requests, pursuant to 31 U.S.C. § 3730(b)(3), an extension of the deadline for its decision to intervene in this *qui tam* action brought under the False Claims Act, 31 U.S.C. §§ 3729-33, and requests that all documents filed in this action continue to be kept under seal during the extended period, and until further Order of the Court. In support of this application, the United States represents:

1. The Complaint in this matter was filed on January 3, 2005, and the Complaint and a Written Disclosure Statement were served on the United States on January 20, 2005. See 31 U.S.C. § 3730(b)(2) (providing that the Government may elect to intervene and proceed with the action within 60 days after it receives both the complaint and the material evidence and information). The United States has obtained one extension of time of the seal deadline, which expires on this date.

2. The United States requests a further extension of the seal deadline so that it will have sufficient time to investigate the allegations in the relator's *qui tam* complaint. The False Claims

Act specifically provides that the United States may "for good cause shown" move the Court for extensions of time. See 31 U.S.C. §3730(b)(3). For the reasons set forth in the accompanying memorandum, the government respectfully submits that good cause exists for this Court to grant an extension, until April 2, 2007.

3. On December 29, 2006, I left a message with the relator's co-counsel, Clare B. Burhoe, Esq., regarding the relator's position regarding this motion, but had not received a response. The United States has not consulted the defendants' counsel due to the seal requirements of the False Claims Act. See 31 U.S.C. §§ 3730(b)(2), 3730(b)(3).

A proposed order is submitted with this application for the Court's convenience.

> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> United States Attorney
>
> /s/ Mark T. Quinlivan
> MARK T. QUINLIVAN
> Assistant U.S. Attorney
> John Joseph Moakley U.S. Courthouse
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> 617-748-3606

Dated: December 29, 2006

### CERTIFICATE OF MAILING

This is to certify that a true copy of the foregoing application and proposed order was mailed on December 29, 2006, to Clare B. Burhoe, Esq., Attorney for Relator.

/s/ Mark T. Quinlivan
Mark T. Quinlivan

-2-

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLOBE COMPOSITE SOLUTIONS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> SOLAR CONSTRUCTIONS, INC. f/k/a GLOBE RUBBER WORKS, INC., and RICHARD C. SOMERVILLE, <br><br> Defendants. | Civil Action No. 05-10004 JLT <br><br> **FILED UNDER SEAL** |

**ORDER GRANTING THE UNITED STATES'**
**APPLICATION FOR AN EXTENSION OF TIME**

This matter having come before the Court on the application of the United States for an extension of time to make an election pursuant to 31 U.S.C. § 3730(b)(3) of the False Claims Act, the Court being fully advised in this matter, and finding that there is good cause to grant the United States' application.

IT IS ORDERED as follows:

1. That the United States has until and including April 2, 2007, to intervene in this action or to notify the Court that it declines to do so;

    2. That the complaint and all other filings will remain under seal until and including April 2, 2007, and until further Order by this Court, unless the United States requests that the seal be lifted before that date.

IT IS SO ORDERED,

This __ day of _____, 200__ .


                                                _____
                                                HON. JOSEPH L. TAURO
                                                UNITED STATES DISTRICT JUDGE