UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 OCT -3  P 12: 05

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| UNITED STATES of AMERICA,<br>ex rel. GLOBE COMPOSITE SOLUTIONS, LTD.,<br><br>*Plaintiffs*,<br><br>v.<br><br>SOLAR CONSTRUCTION, INC. f/k/a<br>GLOBE RUBBER WORKS, INC., and<br>RICHARD C. SOMERVILLE,<br><br>*Defendants*. | CIVIL ACTION NO.: 01-10004 JLT<br><br>**FILED UNDER SEAL** |

### MOTION TO DISMISS OF GLOBE COMPOSITE SOLUTIONS, LTD.

Pursuant to Fed.R.Civ.P. 41(a)(2), Globe Composite Solutions, Ltd. (Globe), the relator who brought this qui tam action in the name of the United States of America (United States), hereby moves to dismiss this action *with prejudice* on behalf of itself and the United States. As grounds therefor, Globe states as follows:

1. This action was filed on January 3, 2005. The United States subsequently filed a series of motions requesting extensions of its deadline to intervene, all of which were allowed, until the most recent of which was denied in March of this year. As of the date of the filing of this motion, the relator has received no official notice from the United States as to whether it intends to intervene. However, all "unofficial" indications have been that the United States intends to decline, and that a declination letter has been drafted and has been under review at the Department of Justice since

May of this year.

2. This action remains under seal and the defendants have not been served with the complaint, although they are aware that the action has been filed through no fault or improper disclosure by Globe.

3. Globe also filed private litigation against the same defendants in January 2005 asserting claims for damages suffered by Globe arising out of the same set of facts alleged in this action;

*Globe Composite Solutions Ltd., f/k/a/ Kalm Forsythe Global Innovations, Ltd. v. Solar Construction, Inc. f/k/a/ Globe Rubber Works, Inc., and Anne Roche Somerville, Individually and in her Capacity as Executrix of the Estate of Richard C. Somerville* (*Globe Composite v. Somerville*), D.Mass. C.A. No. 05-10323DPW.

After extensive fact discovery (including production of over 25,000 pages of documents and numerous depositions) and the completion of expert disclosures, the parties to the private litigation reached a mediated settlement on August 16, 2007. The settlement includes a condition precedent that this action be dismissed with prejudice on or before October 17, 2007 in order for the settlement to become effective.

4. Despite numerous inquiries to the Department of Justice by Globe since May of this year, there is no indication whether or when the United States will give official notice of its decision on intervention, or whether it has an objection to dismissal of this action with prejudice on behalf of itself in order to effectuate the settlement in the private litigation. As a result, Globe concludes that it has no alternative but to file this Motion to Dismiss in order to compel action on the part of the United States.

WHEREFOR, Globe Composite Solutions, Ltd. hereby respectfully moves that this action be dismissed *with prejudice* on behalf of itself as well as the United States of America.

Respectfully submitted,
GLOBE COMPOSITE SOLUTIONS, LTD.,
By its attorneys,

Evan T. Lawson (BBO# 289280)
Clare B. Burhoe (BBO# 632238)
CBurhoe@lawson-weitzen.com
LAWSON & WEITZEN, LLP
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

Dated: October 3, 2006

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the forgoing *Motion to Dismiss* was hand delivered on October 3, 2007 to Assistant United States Attorney, Mark T. Quinlivan.

Clare B. Burhoe

3