UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>GLOBE COMPOSITE SOLUTIONS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SOLAR CONSTRUCTIONS, INC. f/k/a<br>GLOBE RUBBER WORKS, INC., and<br>RICHARD C. SOMERVILLE,<br><br>Defendants. | Civil Action No. 05-10004 JLT<br><br>**FILED UNDER SEAL** |

## UNITED STATES' OPPOSITION TO
## RELATOR'S MOTION TO DISMISS CLAIMS OF THE UNITED STATES

The United States hereby opposes the relator's motion to dismiss, which seeks to dismiss the claims of the United States with prejudice. The False Claims Act expressly provides that, in a qui tam action brought by a private person(s) in the name of the United States, "[t]he action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." 31 U.S.C. §3730(b)(1). The Attorney General has not given written consent to the dismissal of this action, and the relator's motion to dismiss the claims of the United States thus must be denied as a matter of law.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/ Mark T. Quinlivan

MARK T. QUINLIVAN
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
617-748-3606

Dated: October 17, 2005

## CERTIFICATE OF MAILING

This is to certify that a true copy of the foregoing oppostion was mailed on the 17th day of October 2007, to counsel for the relator, Claire B. Burhoe, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210..

/s/ Mark T. Quinlivan
Mark T. Quinlivan