UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>GLOBE COMPOSITE SOLUTIONS, LTD.,<br><br>Plaintiff,<br>v.<br><br>SOLAR CONSTRUCTION, INC. f/k/a.<br>GLOBE RUBBER WORKS, INC., and<br>RICHARD C. SOMERVILLE,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*   Civil Action No. 05-10004-JLT<br>*<br>*<br>*<br>*<br>* |

ORDER

October 31, 2007

TAURO, J.

The court held a Status Conference on October 31, 2007 ("Status Conference"). By agreement of the United States and Plaintiff-Relator Globe Composite Solutions, LTD, ("Globe Composite") and with permission of the court, counsel for Defendant Solar Construction, Inc., appeared and participated in the Status Conference.

Following the Status Conference, the court hereby orders that:

1. By agreement of the United States and Plaintiff-Relator Globe Composite, the seal on this case shall be lifted, effective immediately.

2. All parties in this case shall confer and submit further filings to the court by 4:00 P.M. on November 7, 2007.

3. A Further Conference shall be held at 11:00 A.M. on November 14, 2007.

IT IS SO ORDERED.

                                                             /s/ Joseph L. Tauro
                                           United States District Judge