UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLOBE COMPOSITE SOLUTIONS, LTD., <br><br>　　　　　Plaintiff, <br><br>　　　v. <br><br>SOLAR CONSTRUCTIONS, INC. f/k/a GLOBE RUBBER WORKS, INC., and RICHARD C. SOMERVILLE, <br><br>　　　　　Defendants. | ) <br> ) <br> ) <br> )　Civil Action No. 05-10004 JLT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**UNITED STATES' NOTICE OF CONSENT TO DISMISSAL WITH PREJUDICE
AS TO THE RELATOR AND WITHOUT PREJUDICE AS TO THE UNITED STATES**

　　　The United States hereby consents to the dismissal of this action with prejudice as to the relator, Globe Composite Solutions, Ltd., and without prejudice as to the United States. See United States ex rel. Williams v. Bell Helicopter Textron, Inc., 417 F.3d 450, 455-56 (5th Cir. 2005) (affirming dismissal of False Claims Act action but modifying judgment to be without prejudice to the claims of the United States).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　/s/ Mark T. Quinlivan
　　　　　　　　　　　　　　　　　　　MARK T. QUINLIVAN
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　John Joseph Moakley U.S. Courthouse
　　　　　　　　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　　　　　　　　Boston, MA 02210
　　　　　　　　　　　　　　　　　　　(617) 748-3606

Dated: November 7, 2007

**CERTIFICATE OF SERVICE**

      This is to certify that a true copy of the foregoing pleading was served on this date, November 7, 2007, upon co-counsel for the relator, Claire B. Burhoe, Lawson & Weitzen, LLP, 88 Black Falcon Avenue, Suite 345, Boston, MA 02210, and upon counsel for the defendants, Mark S. Furman, Tarlow, Breed, Hart & Rodgers, P.C., 101 Huntington Avenue, Prudential Center, Boston, MA 02199

      /s/ Mark T. Quinlivan
      MARK T. QUINLIVAN