UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. GLOBE COMPOSITE SOLUTIONS, LTD., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>SOLAR CONSTRUCTIONS, INC. f/k/a GLOBE RUBBER WORKS, INC., and RICHARD C. SOMERVILLE, <br><br>　　　　　Defendants. | Civil Action No. 05-10004 JLT |

**UNITED STATES' UNOPPOSED MOTION TO CONTINUE HEARING**

The United States hereby respectfully requests that this Court continue the hearing in this case, which is currently set for December 4, 2007, at 11:00 a.m. As grounds therefor, the undersigned Assistant U.S. Attorney states that he will be presenting oral argument before the United States Court of Appeals for the Ninth Circuit in San Francisco, California, on December 4, 2007, in the following three consolidated cases: United States v. Oakland Cannabis Buyer's Cooperative, et al., No. 05-16466; United States v. Marin Alliance for Medical Marijuana, et al., No. 05-16547; and United States v. Ukiah Cannabis Buyer's Club, et al., No. 05-16556. A copy of the Ninth Circuit's scheduling order, which is dated October 24, 2007, is attached.

The undersigned Assistant U.S. Attorney will also be unavailable on December 3, 2007, as he will be presenting oral argument before the United States Court of Appeals for the First Circuit in United States v. Diaz, No. 06-2378, and will thereafter be traveling by plane to San Francisco; as well as on December 5, 2007, as he will be returning by plane to Boston from San Francisco. The

undersigned Assistant U.S. Attorney is available on December 6 and 7, 2007, as well as during the week of December 10, 2007.

WHEREFORE, with good cause having been shown, the United States respectfully requests that the Court continue the hearing currently scheduled for December 4, 2007, at 11:00 a.m.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By:  /s/ Mark T. Quinlivan
      MARK T. QUINLIVAN
      Assistant U.S. Attorney
      John Joseph Moakley U.S. Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3606

Dated: November 21, 2007

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1(a)(2) AND OF SERVICE

Pursuant to Local Rule 7.1(a)(2), I certify that on November 20, 2007, I discussed this motion to reschedule the hearing with counsel for the relator, Claire Burhoe, Esq., and counsel for the defendants, Mark S. Fuhrman, and that neither Ms. Burhoe nor Mr. Furhman indicated that they would oppose this motion. I further certify that I have served a copy of this motion on Ms. Burhoe and Mr. Fuhrman on this date, November 21, 2007, by electronic mail, and will serve a copy by mail on November 23, 2007.

                                        /s/ Mark T. Quinlivan
                                        MARK T. QUINLIVAN

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

LOCATION OF HEARING FOR DECEMBER CALENDAR          Date of Notice:

James R. Browning US Courthouse  
United States Court of Appeals - 9th Circuit                October 24, 2007  
95 Seventh Street  
San Francisco, California 94103

---

☞☞ Picture ID **required** to enter Courthouse ☜☜  
COUNSEL WILL PLEASE CHECK-IN WITH THE DEPUTY IN THE COURTROOM  
All CJA Counsel call (415) 355-7873 for travel authorization

---

Monday, December 3, 2007   9:00 a.m.   Courtroom 1, 3rd Floor

| | | | |
|---|---|---|---|
| ( ) | * | 07-10124 | United States v. Gutierrez-Lopez |
| ( ) | * | 07-10126 | United States v. Jones |
| ( ) | * | 07-15708 | Owens v. Runnels |
| ( ) |   | 06-10526 | United States v. Carter |
| ( ) |   | 06-10756) | United States v. M Rutherford |
| ( ) |   | 07-10146) | United States v. N Rutherford |
| ( ) |   | 06-17054 | Gonzalez v. Knowles |

Monday, December 3, 2007   9:00 a.m.   Courtroom 2, 3rd Floor

| | | | |
|---|---|---|---|
| ( ) | * | 06-15397 | Curry v. CTB McGraw-Hill, LLC |
| ( ) | * | 07-15264 | United States v. Home |
| ( ) | * | 06-75425 | Kalilu v. Keisler |
| ( ) |   | 06-74181 | Ordonez-Garay v. Keisler |
| ( ) |   | 07-15009) | Veliz v. Cintas Corporation |
| ( ) |   | 07-16645) | |
| ( ) |   | 07-16318 | Cintas Corporation v. Abel |

Monday, December 3, 2007   9:00 a.m.   Courtroom 3, 3rd Floor

| | | | |
|---|---|---|---|
| ( ) | * | 06-10703 | United States v. Manzo-Pulido |
| ( ) |   | 07-10092 | United States v. Costa |
| ( ) |   | 07-10099 | United States v. Lii |
| ( ) | * | 06-71020 | Bolanios-Colmenero v. Keisler |
| ( ) | * | 06-72526 | Flores Mendoza v. Keisler |
| ( ) |   | 06-73728 | Plasencia Ayala v. Keisler |

Monday, December 3, 2007   9:00 a.m.   Courtroom 4, 2nd Floor

| | | |
|---|---|---|
| ( )* | 05-75157 | Alvarez Figueroa v. Keisler |
| ( ) | 06-74228 | Fernandez v. Keisler |
| ( )* | 07-16049 | McCullough v. Kane |
| ( )* | 06-15403 | Cuevas v. State of California |
| ( ) | 06-10657 | United States v. Bhatia |
| ( ) | 06-17161 | Doody v. Schriro |

Tuesday, December 4, 2007   9:00 a.m.   Courtroom 1, 3rd Floor

| | | |
|---|---|---|
| ( ) | 05-56923 | Baida v. First Unum Life |
| ( ) | 06-15540 | Neerdaels v. Group Short Term |
| ( ) | 05-17192) 06-15132) | Fernberg v. Cowden Automotive Long Term Disability |
| ( ) | 06-15285 | California Dept. of Water v. Powerex |

Tuesday, December 4, 2007   9:00 a.m.   Courtroom 2, 3rd Floor

| | | |
|---|---|---|
| ( ) | 06-10446 | United States v. Poseley |
| ( ) | 06-16344 | Newdow v. U.S Congress |
| ( ) | 05-17257) 05-17344) 06-15093) | Newdow v. John Carey |
| ( ) | 07-71457) 07-71989) 07-72183) | Alaska Wilderness League v. Kempthorne |

Tuesday, December 4, 2007   9:00 a.m.   Courtroom 3, 3rd Floor

| | | |
|---|---|---|
| ( ) | 06-15199 | Loban v. Prudential Ins. Co. of America |
| ( ) | 06-70078) 06-71360) 06-75212) | Cherifi v. Keisler |
| (✓) | 05-16466) 05-16547) 06-75212) | United States v. Oakland Cannabis Buyers Coop |
| ( ) | 06-15345 | Browne v. Salas |

* MAXIMUM ARGUMENT TIME 10 MINUTES PER SIDE
OTHER CASES 20 MINUTES PER SIDE

PLEASE RETURN ENCLOSED ACKNOWLEDGMENT NOTICE
TO THE CLERK'S OFFICE

Wireless Internet Connectivity is now available in the
James R. Browning United States Courthouse
www.ca9.uscourts.gov