UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, ex rel.        *
GLOBE COMPOSITE SOLUTIONS, LTD.,     *
                                         *

            Plaintiff,               *
      v.                            *
                                       *     Civil Action No. 05-10004-JLT
SOLAR CONSTRUCTION, INC. f/k/a.      *
GLOBE RUBBER WORKS, INC., and       *
RICHARD C. SOMERVILLE,           *
                                       *
           Defendants.            *

ORDER

December 5, 2007

TAURO, J.

The court hereby orders that:

1.     The Status Conference scheduled for December 6, 2007, is CANCELLED.

2.     The October 16, 2007, Electronic Order ALLOWING WITHOUT OPPOSITION
Plaintiff-Relator's Motion to Dismiss of Globe Composite Solutions, LTD. [#16]
is MODIFIED as follows:

●     With the consent of the United States,[1] Plaintiff-Relator's Motion to
Dismiss of Globe Composite Solutions, LTD [#16] is ALLOWED as to
Plaintiff-Relator's claims ONLY.  Accordingly, Plaintiff-Relator's claims
are DISMISSED *WITH* PREJUDICE.

---

[1] See United States' Notice of Consent to Dismissal With Prejudice as to the Relator and
Without Prejudice as to the United States [#19].

- With the consent of the United States,[2] the claims of the United States are

   DISMISSED *WITHOUT* PREJUDICE.

3.    A memorandum will issue.

4.    This case is CLOSED.


IT IS SO ORDERED.


                                         /s/ Joseph L. Tauro
                                    United States District Judge

---

[2] See id.